## Exhibit A
## Statement of Claim
## Plaintiff Guissell Cecilia Heald

**Unpaid Overtime Wages**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Hourly Rate[1] | Overtime Hourly Rate[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|
| 7/2/18 - 8/14/18 | 6.29 | 48 | $ 15.00 | $ 22.50 | $ 1,131.43 | $ 1,131.43 |
| 8/15/18 - 3/18/19 | 30.86 | 57 | $ 15.00 | $ 22.50 | $ 11,802.86 | $ 11,802.86 |
|  |  |  |  |  | $ 12,934.29 | $ 12,934.29 |

Total Unpaid Overtime Wages[1] = $ 12,934.29
Total Liquidated Damages[1] = $ 12,934.29
Total[1] = $ 25,868.57

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.