UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 19-61295-CIV-ALTMAN/HUNT

GUISSELL CECILIA HEALD,

    Plaintiff,

v.

PRIMARY CARE PHYSICIANS OF HOLLYWOO P.L.
and MOISES ISSA,

    Defendants.

_____/

## ORDER SCHEDULING SETTLEMENT CONFERENCE

THIS MATTER is before the Court upon referral of this matter for a settlement conference before a United States Magistrate Judge by the Honorable Roy K. Altman. Accordingly, it is hereby

ORDERED and ADJUDGED that a SETTLEMENT CONFERENCE in this matter is scheduled to be held before the undersigned commencing at 9:30 a.m.,[1] Wednesday, September 4, 2019, in the United States District Court for the Southern District of Florida, 299 E. Broward Blvd., Ft. Lauderdale, Florida 33301.  Counsel shall contact Troy Walker at (954) 769-5421 to determine the Courtroom where mediation will be conducted.

---

[1] The parties should be prepared to engage in continuous settlement negotiations until either a resolution is reached or impasse declared.  Parties and counsel are encouraged to bring snacks as needed.

1. The Settlement Conference shall be attended by all parties, corporate representatives, and their counsel of record. Each side shall have a party representative present with full authority to negotiate and finalize any settlement agreement reached. Failure of a party representative with full and final authority to make and accept offers of settlement to attend this Conference may result in the undersigned's sua sponte recommendation that sanctions be entered against the offending party.

2. In the event that a monetary settlement would be payable from proceeds of an insurance policy, a claims professional/representative(s) from the party's insurer with full and final authority to authorize payment to settle the matter up to the full limits of the party's policy(s) or the most recent demand, whichever is lower, shall also be present.

3. The parties shall each submit a brief Confidential Settlement Statement (not exceeding 5 pages)—outlining the outstanding issues, the party's position, the results of any settlement negotiations held, and any other information which may be helpful—to hunt@flsd.uscourts.gov. The statements by all parties shall be due no later than 3 business days prior to the settlement conference.

4. The Conference will not be continued absent a written motion and a showing of compelling circumstances.

5. Telephonic attendance will not be considered without prior permission, and unless extraordinary circumstances exist.

6. In the event this matter settles prior to the Conference, the parties shall immediately advise the undersigned's chambers. Written confirmation of a settlement should also be sent to chambers at hunt@flsd.uscourts.gov.

7. The Conference shall be conducted without a court reporter and will not be tape recorded. All representations and statements made at the Conference shall remain confidential.

8. In the event that a party or corporate representative does not speak English, be aware that the Court does not provide an interpreter in civil cases. As a result, any need for an interpreter must be arranged for by the party requiring same. If an interpreter is required, it is that party's obligation to obtain a certified interpreter and it is that party's obligation to incur the cost for same.

9. The parties are further advised that all electronic devices, including cell phones and laptop computers, with limited exceptions, are prohibited from being brought into the Federal Courthouse. Counsel are responsible for informing their clients of the Court's electronic device policy.

10. Sanctions will be imposed for failure to follow any of the requirements of this Order.

11. Please be advised that all persons, including parties, counsel and interpreters must bring government issued photo identification to enter the building. Building security may refuse entrance to any person without proper photo identification.

DONE and ORDERED at Fort Lauderdale, Florida this 17th day of July 2019.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Roy k. Altman
All Counsel of Record